IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| ORLANDO JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-083 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY; THE STATE OF GEORGIA; and DOUG WILLIAMS, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

On November 30, 2023, the Court recommended Plaintiff's case be dismissed without prejudice because Plaintiff had neither fulfilled the requirements for proceeding *in forma pauperis*, nor paid the full filing fee for this case. (See doc. no. 11.) It has come to the Court's attention that Plaintiff has since submitted a change of address for another case he has pending in this District, in which Plaintiff states he was transferred from Wheeler Correctional Facility, where the Court's November 30th recommendation had been served, to Baldwin State Prison. See Jefferson v. Wheeler Corr. Facility, CV 323-055, doc. no. 31 (S.D. Ga. Dec. 12, 2023). While the Court does not condone Plaintiff's failure to submit a change of address for all of his pending cases, in an abundance of caution, the Court **DIRECTS** the **CLERK** the re-serve the November 30th Report and Recommendation, as well as the accompanying Order, (doc. nos. 11, 12), on Plaintiff at his new address. The Court extends the deadline for objecting until January 2, 2024.

SO ORDERED this 15th day of December, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA