IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ORLANDO JEFFERSON, )
)
    Plaintiff, )
)
v. ) CV 323-083
)
WHEELER CORRECTIONAL )
FACILITY; THE STATE OF )
GEORGIA; and DOUG WILLIAMS, )
)
    Defendants. )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___ day of January, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE